IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FTN FINANCIAL CAPITAL MARKETS,
a division of First Tennessee Bank,
National Association,

    Plaintiff/Counter-Defendant,

vs.                                                                 4:03-CV-249-SPM

MAGNOLIA CAPITAL ADVISORS, INC.;
PARAGON FINANCIAL GROUP, INC.;
DON REINHARD; SARAH REINHARD; and
JOHN DOE DEFENDANTS 1 THROUGH 50,

    Defendants/Counter-Plaintiffs,
_____/

## ORDER DISMISSING CASE

Pursuant to the parties' "Stipulation for Dismissal (With Prejudice)" (doc. 252) filed October 14, 2005 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     This action is dismissed with prejudice.

2.     Each party shall bear its own attorney's fees and costs.

3.     All pending motions are denied as moot.

**DONE AND ORDERED** this <u>seventeenth</u> day of October, 2005.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge

/pao